UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/23/2023__

J&J SPORTS PRODUCTIONS, INC.,

                Plaintiff,

-against-

SALVADOR FIGUEROA, INDIVIDUALLY AND D/B/A KARMA LOUNGE OF WESTCHESTER; AND TRIFECTA CUISINE CORP., AND UNKNOWN BUSINESS ENTITY D/B/A KARMA LOUNGE OF WESTCHESTER,

                Defendants.

7:19-cv-8445 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

On November 29, 2022, the Court granted Defendants' request for an extension on mediation and completion of discovery to January 13, 2023. (*See* ECF No. 29.) To date, the Court has not received any updates from either of the parties.

Accordingly, the parties are DIRECTED to provide a status report in writing as to mediation and discovery on or before March 2, 2023.

Dated: February 23, 2023
      White Plains, NY

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE