```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   7/18/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J&J SPORTS PRODUCTIONS, INC.,

                Plaintiff,

     - against -

SALVADOR FIGUEROA, et al.,

                Defendant.

19-cv-08445 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

    WHEREAS, on or about September 11, 2019, Plaintiff J&J Sports Productions, Inc. ("Plaintiff"), filed this action against Defendants Salvador Figueroa and Trifecta Cuisine Corp. seeking money damages based upon the claim that the Defendants had violated 47 U.S.C. §§ 553 and 605 by illegally broadcasting a boxing match without purchasing a license therefor from the Plaintiff;

    WHEREAS, the parties have completed paper discovery;

    WHEREAS, the only remaining item of discovery is the non-party deposition by the Defendants of the investigator hired by Plaintiff who claimed in an affidavit that he witnessed the boxing match being broadcasted at the Defendants' business establishment and whose deposition is presently scheduled for August 9, 2023.

    NOW, therefore, it is hereby:

    ORDERED, that all remaining discovery shall be completed by August 31, 2023;

    ORDERED that if the scheduled August 9, 2023 deposition does not move forward, Defense counsel must seek leave before the Court to reschedule the deposition; and

ORDERED that the July 21, 2023 telephone conference is rescheduled to September 21, 2023 at 12:00 pm.  Counsel are directed to the May 12, 2023 Minute Entry for dial-in instructions.

Dated: July 18, 2023
      White Plains, NY

SO ORDERED:

_____
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE