UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
J&J SPORTS PRODUCTIONS INC.,

                                Plaintiff(s),          **RESCHEDULING ORDER**

      - against -

                                                      19 Civ. 8445 (NSR)

FIGUEROA, et al.,

                                Defendant(s).
--------------------------------------------------------x
NELSON S. ROMÁN, U.S.D.J.:

      In light of a Court scheduling conflict, the above case previously scheduled for a two-day bench trial before Judge Nelson S. Román on February 14-16, 2024 **is hereby rescheduled until April 10-11, 2024.**

      The Joint Pre-trial Order is due March 25, 2024. Counsel are directed to submit to chambers, on March 27, 2024, two sets of the following trial documents: deposition transcript testimony, witness and exhibit lists, and premarked, tabbed exhibits in binders (Plaintiffs use a numerical system; Defendants use an alphabetical system).

      In the event a settlement is reached, the parties are directed to immediately notify the Court.

Dated:     White Plains, New York
            February 13, 2024

SO ORDERED.

_____
Hon. Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/13/2024