```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

J&J SPORTS PRODUCTIONS, INC.,

                Plaintiff,

  -against-

SALVADOR FIGUERO, et al.,

                Defendants.

19-cv-8445 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

The Court having been advised that all claims asserted herein have been settled, it is

ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within sixty (60) days of the date hereof.

The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next 60 days with a request that the agreement be "so ordered" by the Court.

All pre-trial deadlines and scheduled appearances, including the bench trial scheduled for April 10 & 11, 2024, are VACATED.

Dated:   March 27, 2024                       SO ORDERED:
           White Plains, New York

                                                    _____
                                                       NELSON S. ROMÁN
                                                   United States District Judge